STATE OF CONNECTICUT *v.* ANTONIO G. BARNES

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 203 (AC 26309), is denied.

*Arthur L. Ledford,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided February 28, 2007

STATE OF CONNECTICUT *v.* BRUCE M. FELDER

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 18 (AC 26348), is denied.

*Auden Grogins,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided February 28, 2007

ALPHA W. NIMS *v.* COMMISSIONER OF CORRECTION

The petitioner Alpha W. Nims' petition for certification for appeal from the Appellate Court, 99 Conn. App. 181 (AC 26508), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 28, 2007